TIMOTHY COURCHAINE
United States Attorney
District of Arizona
EVAN N. WESLEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: evan.wesley@usdoj.gov
Attorneys for Plaintiff

FILED
2026 SEP -9 PM 2:49
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-04733 TUC-SHR(GS)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Samuel Antonio Alcaraz,<br>Defendant. | **INDICTMENT**<br>Violations:<br>18 U.S.C. § 922(a)(6) and 924(a)(2)<br>(False Statement During Purchase of a Firearm)<br>Counts 1 - 4<br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNTS 1-4**

On or about the dates listed below, in the District of Arizona, the defendant, SAMUEL ANTONIO ALCARAZ, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 10/26/2025 | Refiners Firearms LLC | one (1) FN model M249 Para 5.56 belt-fed semiautomatic rifle |
| 2 | 11/23/2025 | Turner's Outdoorsman | one (1) FN model SCAR 17S 7.62 x 51 mm semiautomatic rifle |
| 3 | 03/22/2026 | Refiners Firearms LLC | one (1) FN model M249S 5.56 belt-fed semiautomatic rifle |
| 4 | 04/19/2026 | Refiners Firearms LLC | one (1) Barrett model M82A1 50 BMG semiautomatic rifle |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of Counts 1 - 4 of the Indictment, the defendant, SAMUEL ANTONIO ALCARAZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one FN model M249 Para 5.56 belt-fed semiautomatic rifle, bearing serial number M249SA11494;
- one FN model SCAR 17S 7.62 x 51 mm semiautomatic rifle, bearing serial number H1C29417;
- one FN model M249S 5.56 belt-fed semiautomatic rifle, bearing serial number M249SA08941; and
- one Barrett model M82A1 50 BMG semiautomatic rifle, bearing serial number AA020890.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with

other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: September 9, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
EVAN N. WESLEY
Assistant U.S. Attorney